# MEMORANDUM DECISIONS

Ex parte CARTER. (Court of Criminal Appeals of Texas. June 11, 1913.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. Application by W. E. Carter for a writ of habeas corpus to obtain bail. From a judgment denying bail, relator appeals. Reversed, and bail granted. J. V. Meek, of Houston, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Under a charge of murder, relator resorted to a writ of habeas corpus to obtain bail. Upon a hearing of the writ, the trial court remanded relator to custody. A review of the evidence has led us to the conclusion that the court erred. Without reviewing the facts, it is our opinion that relator is entitled to bail, which is therefore granted in the sum of $10,000. The officer having relator in custody will take bail in the terms or the law in the above amount, and release him from custody. The judgment is reversed, and bail granted in the sum of $10,000.

---

HARRIS v. STATE. (Court of Criminal Appeals of Texas. May 28, 1913.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. B. H. Harris was convicted of robbery, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted of robbery, and his punishment assessed at five years' confinement in the state penitentiary. The indictment is a valid one, and the court in his charge submits the offense charged in the indictment. No statement of facts accompanying the record, there is no question presented in the motion for a new trial we can review. Affirmed.

---

WADE v. STATE. (Court of Criminal Appeals of Texas. May 21, 1913.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Will Wade was convicted of murder in the first degree, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of murder in the first degree; his punishment being assessed at confinement in the penitentiary for life. The record contains neither a statement of facts nor bills of exception. The grounds of the motion for new trial cannot be considered, in the absence of the evidence. The judgment is affirmed.

---

WILSON v. STATE. (Court of Criminal Appeals of Texas. May 14, 1913.) Appeal from District Court, Concho County; Jno. W. Goodwin, Judge. J. W. Wilson was convicted of aggravated assault, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Under an indictment charging an assault with intent to kill, appellant was convicted of an aggravated assault, and his punishment fixed at a fine of $25 and 30 days in jail. There is no statement of facts in the case. No question is raised which we can review and decide without a statement of facts. The judgment is therefore affirmed.

BENSON v. WRIGHT. (Court of Civil Appeals of Texas. Amarillo. May 31, 1913. Rehearing Denied June 21, 1913.) Appeal from Potter County Court; W. M. Jeter, Judge. Action by C. A. Wright against W. D. Benson. Judgment for the plaintiff, and defendant appeals. Affirmed. Cooper, Merrill & Lumpkin, of Amarillo, for appellant. C. A. Wright and Yost & Busby, all of Amarillo, for appellee.

HUFF, C. J. The appellant pleaded that the note sued on was executed on an agreement to loan Bertha Hulme $400—the agreement made by J. M. Clayton—and at that time he executed or gave his check for that amount, which was protested and never paid, and therefore the consideration of the note had failed. Appellant's testimony is sufficient, if believed by the jury, to substantiate his plea. On the contrary, appellee pleaded and proved that the consideration for the note was not an agreement to loan money, but that Bertha Hulme was indebted to Clayton in a sum over $400, and the note was executed to pay the account due by Bertha Hulme to Clayton, and that the account was credited with the note sued on, and that the account had not otherwise been paid. The appellee's testimony was sufficient to support his contention, if believed by the jury. The court properly submitted the question to the jury, and they found against appellant and his contention. We find no reason suggested in the record for disturbing the verdict, and the case is therefore affirmed.

---

CICERO SMITH LUMBER CO. v. WOODS et al. (Court of Civil Appeals of Texas. Amarillo. May 17, 1913.) Appeal from District Court, Cottle County; Jo. A. P. Dickson, Judge. Action by the Cicero Smith Lumber Company against Mrs. M. J. Woods and others. Judgment for the defendants, and plaintiff appeals. Affirmed. Whatley & Hawkins, of Paducah, for appellant. R. D. Browne, of Paducah, and O. T. Warlick, of Vernon, for appellees.

HUFF, C. J. We adopt the findings of fact found by the trial court, with the additional finding that the appellant sought to fix a materialman's lien by filing with the county clerk of Cottle county its account, sworn to under the statute authorizing a lien by materialmen. The evidence, however, is insufficient to establish that the material itemized in the account was furnished by appellant to Mrs. M. J. Woods, to be placed in the building situated on lots 13 and 14, in block 32, in the town of Paducah, Cottle county, or that the house was erected out of such material, or, if any part of the material went into the house, the evidence does not show what part. There is evidence to support the judgment of the court that the appellant had no materialman's lien on the lots and the property in question. The judgment of the trial court will therefore be affirmed.